RECEIVED
IN ALEXANDRIA, LA.
DEC 01 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JONATHAN WHITE | DOCKET NO. 11-CV-1422; SEC. P |
| VERSUS | JUDGE JAMES TRIMBLE |
| ROBERT LEMOINE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 1st day of December, 2011.

_____
JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE